FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
DEC 18 2017
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN THE MATTER OF THE USE OF A
CELL-SITE SIMULATOR TO LOCATE
THE CELLULAR DEVICE ASSIGNED
CALL NUMBER (615) 318-5827

No. 17-MJ-4202

## ORDER

Upon motion of the United States to unseal the documents filed in this case, it is ORDERED that the documents filed in this case are hereby unsealed.

It is so ORDERED this ____ day of December, 2017.

Alistair Newbern
United States Magistrate Judge